UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rayvaughn D. Woods

Write the full name of each plaintiff.

19 CV 7904

(Include case number if one has been assigned)

-against-

Copyright Infringement Employer who withheld fund as We The Best Music

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

N/A

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Rayvaughn Woods__, is a citizen of the State of
(Plaintiff's name)

__Oklahoma__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

**If the defendant is an individual:**

The defendant, **Copyright Infringement Employer who withheld fund as we the Best Music** is a citizen of the State of
(Defendant's name)

**Florida**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

**N/A**

**If the defendant is a corporation:**

The defendant, **Copyright Infringement Employer who withheld fund as we the Best Music** is incorporated under the laws of

the State of **Florida**

and has its principal place of business in the State of **Florida**

or is incorporated under the laws of (foreign state) **N/A**

and has its principal place of business in **Miami FL**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Rayvaughn**     **D**     **Woods**
First Name     Middle Initial     Last Name

**1601 S. Texas St**
Street Address

**Comanche**     **Lawton**   **Okla**     **73501**
County, City     State     Zip Code

**(580) 595-1313**     **N/A**
Telephone Number     Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Copyright Infringement    Employer
Who "Withheld" fund as We The Best Music
First Name              Last Name

Assembly line
Current Job Title (or other identifying information)

Music Industory/
Current Work Address (or other address where defendant may be served)

Miami          Florida        33181
County, City    State          Zip Code

Defendant 2:

N/A
First Name    Last Name

N/A
Current Job Title (or other identifying information)

N/A
Current Work Address (or other address where defendant may be served)

N/A
County, City    State    Zip Code

Defendant 3:

N/A
First Name    Last Name

N/A
Current Job Title (or other identifying information)

N/A
Current Work Address (or other address where defendant may be served)

N/A
County, City    State    Zip Code

Defendant 4:    N/A
              First Name                Last Name

               N/A
              Current Job Title (or other identifying information)

               N/A
              Current Work Address (or other address where defendant may be served)

               N/A
              County, City               State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:     N/A

Date(s) of occurrence:     N/A

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

As I spoke to my spouse over the telephone for four months. We the Best Music broke restricted policy of Communication Act 1934 by using solicited automated equipment. Which throughout the years of 2003-2015 was a mix tape largely use surrounding the music industry for over the counter sells. I was cut loseing my feeling inside my right arm cause by listeners of the music who was party goers. They fail to notify me that they was controlling the market which use Mix tape also how I got anixety pains.

**INJURIES:** Criple right ARm and Anixety Pains

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I now have a Criple Right arm and Need pyschairst help for anixety. Given to Copyright Infringement employer who withheld fund as we The best Music.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I seek $78.2 million to controll Sheluing and Campaign banding loud Music corruption. Hey I cut extremely bad because citizens was bootlegging the Mix tape.




Hon. J. Paul OETKEN
Thurgood Marshall U.S. Courthouse
40th Foley Square St.
New York, N.Y.
10007